■ In the Matter of D'ORNELLAS v ORTIZ.—Motion for leave to appeal to the Court of Appeals granted, as indicated, and this court's order entered on November 18, 1986 [124 AD2d 1078] vacated. Concur—Sandler, J. P., Carro, Asch, Kassal and Rosenberger, JJ.